UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16-cr-00003-PLM |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| JUAN CARLOS ) | |
| CARDENAS-VILLARRUEL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on January 27, 2016, after receiving the written consent of defendant and all counsel.  There is no written plea agreement.  The agreement is oral.  The parties agree that in exchange for defendant's guilty plea to count 1 of the Indictment, the government will move to dismiss counts 2-3 of the Indictment.

At the hearing, defendant Juan Carlos Cardenas-Villarruel entered a plea of guilty to Count 1 of the Indictment charging him with misuse of a Social Security number in violation of 42 U.S.C. § 408(a)(7)(B).  On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant

understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count 1 of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: January 27, 2016          /s/ Phillip J. Green
                                PHILLIP J. GREEN
                                United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).